**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 7 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16CR00085 BRW |
| | ) | |
| ERIC EARNEST | ) | 18 U.S.C. § 1791(a)(2) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about December 9, 2015, in the Eastern District of Arkansas, the defendant,

ERIC EARNEST,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, did possess and obtain a prohibited object, to wit: a phone or other device used by a user of a commercial mobile service, as defined by Title 47, United States Code, Section 332(d), in connection with such service, in violation of Title 18, United States Code, Section 1791(a)(2).

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_Benecia Moore_
BENECIA B. MOORE
AR Bar # 2006050
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: benecia.moore@usdoj.gov