MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): __2__

ARRAIGNMENT, Length of Hearing (minutes): __6__

Sntg-10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 20 2016

JAMES W. McCORMACK, CLERK

_____ DEP CLERK

UNITED STATES OF AMERICA

vs.

Eric Earnest

CASE NO:    4:16CR00085-01 JTK
(Misdemeanor Information)

## PLEA AND ARRAIGNMENT REPORT

Plea Date: **4/20/2016**          Deft is __X__ is not ____ in custody
Continued Until: _____     ____ Deft did not appear
Reason for continuance _____   ____ Clerk to issue warrant

### COUNSEL
Assistant U. S. Attorney: **Benecia B. Moore**
Defense Counsel: __N. Lybrand_____ (Appointed / Retained)

### PLEA

TRIAL BEFORE DISTRICT COURT          )    CONSENTS TO TRIAL BEFORE MAGST.)

Not Guilty _____ )    Not Guilty _____ )
Guilty (indicates desire) _____ )    Guilty __X_____ )
Nolo Contendere (desire) _____ )    Nolo Contendere ( _____ )

_____ Demands Trial by Jury             __X__ Waives Jury Trial
                                          Deft agrees __X__
                                          Govt agrees __X__

### BAIL
Bail Set at: __sentenced__  By: __JTK_____  Date: __4/20/16_____
Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial: **1 day**. Estimated Trial Date: **6/6/2016 at 9:30 a.m.** before the Honorable Jerome T Kearney in Rm 4B.
All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other: _____

DATE: **4/20/2016**        SO ORDERED: _____
                                          U. S. MAGISTRATE JUDGE